Nos. 692 and 693. Helvering, Commissioner of Internal Revenue, *v.* Ashland Oil & Refining Co.; and Nos. 757 and 758. Ashland Oil & Refining Co. *v.* Commissioner of Internal Revenue. April 17, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Mr. Justice Reed took no part in the consideration and decision of these applications. *Solicitor General Jackson* for the Commissioner of Internal Revenue. *Messrs. John W. Davis* and *John E. McClure* for the Ashland Oil & Refining Co. Reported below: 99 F. 2d 588.

No. 756. New York City et al. *v.* Central Savings Bank et al. April 17, 1939. Petition for a writ of certiorari to the Supreme Court of New York denied for the reason that the judgment sought to be reviewed rests upon a nonfederal ground adequate to support it. *Lynch v. New York,* 293 U. S. 52; *Honeyman v. Hanan,* 300 U. S. 14, 18–19. *Messrs. William C. Chanler* and *Paxton Blair* for petitioners. *Messrs. A. Henry Mosle* and *Jesse Knight* for respondents.

No. 678. Weinberg *v.* United States; and No. 679. Straus et al. *v.* United States. April 17, 1939. Petition for writs of certiorari to the Court of Claims denied. *Mr. C. Leo De Orsey* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States. Reported below: 87 Ct. Cls. 497, 506; 25 F. Supp. 88.